**Order entered January 31, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01068-CV**
**No. 05-21-01069-CV**
**No. 05-21-01070-CV**

**IN RE ARTHUR HERBERT PHILLIPS, Relator**

**Original Proceedings from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-80602-89, 199-80603-89 & 199-80604-89**

**ORDER**

Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     LANA MYERS
        JUSTICE